IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE:   GRANFORD L COLLINS JR            :   Chapter:    13
                                         :
                                         :
                                         :
                                         :   CASE NO:    12-13234
                                         :

**NOTICE OF ADDRESS CHANGE**

eCAST Settlement Corporation hereby changes its address for its claim number 17, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

  3936 E FT. LOWELL RD, SUITE 200

  TUCSON, AZ 85712

New Address for Notices and Payments:

  eCAST Settlement Corporation

  PO Box 28136

  New York, NY 10087-8136

  610-228-2570

  proofofclaim@becket-lee.com

    Respectfully Submitted,

    By:  /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator

    Becket & Lee LLP

    PO Box 3001

    Malvern, PA 19355-0701

  DATE:    8/9/2016