# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 12-13234-JKF

GRANFORD L COLLINS JR

7713 DELPHI PLACE
PHILADELPHIA, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GRANFORD L COLLINS JR

    7713 DELPHI PLACE
    PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 191071585

/S/ William C. Miller

Date: 2/17/2017

                                                   William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee