Certificate Number: 15317-PAE-DE-029461286

Bankruptcy Case Number: 12-13234



15317-PAE-DE-029461286

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2017, at 6:23 o'clock PM PDT, Granford Collins completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 21, 2017

By:  /s/Jonald Gutierrez

Name:  Jonald Gutierrez

Title:  Counselor