```
                     United States Bankruptcy Court
                     Eastern District of Pennsylvania
In re:                                                           Case No. 12-13234-jkf
Granford L. Collins, Jr                                          Chapter 13
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 3                   Date Rcvd: Aug 16, 2017
                              Form ID: 138NEW             Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             Granford L. Collins, Jr,    7713 Delphi Place,    Philadelphia, PA 19153-1737
cr            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX 76096)
cr             +BANK OF AMERICA, N.A.,    2380 PERFORMANCE DR,    RICHARDSON, TX 75082-4333
cr             +Wells Fargo Bank, N.A., as Trustee, By and Through,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
12718877       BAC Home Loans Servicing, LP,    Bankruptcy Department,    SV-314B,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
12751334      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12718876       Bank of America,   Office of General Counsel,    Corporate Center,    100 No. Tryon Street,
                 Charlotte, NC 28202-4000
12718878       Bank of New York Mellon,    Bankruptcy Department,    7105 Corporate Drive,    PTX B-209,
                 Plano, TX 75024-4100
13550522       Bank of New York as trustee for CWALT 2007-OA2,    c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC 29603-0826
12718880      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: CitiCorp Credit Services, Inc.,    Bankruptcy Recovery Unit,
                 P.O. Box 20487,    Kansas City, MO 64195-9904)
12718882       +COBA, Inc.,    Two Portland Square,    P.O. Box 9540,    Portland, ME 04112-9540
12768363       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
12718879       Capital One Financial,    Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
12718883       Comcast Cablevision of Philadelphia, L.P.,    Bankruptcy Department,    11400 Northeast Avenue,
                 Philadelphia, PA 19116-3445
12718895       Debt Litigation Specialists Law Offices,    PMB # 141,    8001 Castor Avenue,
                 Philadelphia, PA 19152-2701
12718885       Fannie Mae,   ATTN: Bankruptcy Department,    14221 Dallas Prkwy,    Dallas, TX 75254-2942
12718886       GM Financial Co., Inc.,    4001 Embarcadero Drive,    Arlington, TX 76014-4106
12718889       #HFC/HSBC Bank/Household Bank,    Consumer Bankruptcy Department,    961 Weigel Drive,
                 Elmhurst, IL 60126-1058
12718888       +HSBC Bank USA, N.A.,    Office of General Counsel,    452 Fifth Avenue, 2nd Floor,
                 New York, NY 10018-2333
12718887       Haverford School,   c/o Grimley Financial Corp.,    30 Washington Avenue, Suite C-6,
                 Haddonfield, NJ 08033-3341
12718881       Northland Group, Inc.,    7831 Glenroy Road, Suite 350,    Minneapolis, MN 55439-3133
12763522       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12724785       +Pride Acquisitions LLC,    100 Garden City Plaza,    Suite 500,    Garden City NY 11530-3207
12718896       Quest Diagnostic, Inc.,    P.O. Box 4911,    Southeastern, PA 19398-4911
12718893       Revenue Collection Bureau, Inc.,    5900 Torresdale Avenue,    Philadelphia, PA 19135-4127
12767447       Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
12718897       TD Bank, f/k/a, Commerce Bank, N.A.,    Collection/Bankruptcy Department,    AIM # 02-203-01-97,
                 6000 Atrium Way,    Mt. Laurel, NJ 08054-3918
12773129       THE BANK OF NEW YORK - ETAL,    BANK OF AMERICA, N.A.,    P.O. BOX 660933,
                 DALLAS, TX 75266-0933
13226573       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America, N.A.,
                 c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13226574       +THE BANK OF NEW YORK- ETAL,    Bank of America, N.A.,   c/o KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12773908       +The Bank of NY,    c/o KML Law Group PC,    701 Market St., Ste. 5000,    Phila., PA 19106-1541
12718898       TruMark Financial Credit Union,    1000 Northbrook Drive,    Trevose, PA 19053-8430
12718899       Wells Fargo Bank, N.A.,    MAC T7425-021,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
12755021       +Wells Fargo Bank, N.A., as Trustee,    By and Through its Loan Servicing Agent,,
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
13307719       eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:26    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2017 01:47:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2017 01:48:08    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:27    City of Philadelphia,
                 Law Revenue Departments,    c/o James C. Vandermark, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, MSB,    Philadelphia, PA 19102
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2017 01:49:43
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: Aug 16, 2017
                              Form ID: 138NEW             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr             +E-mail/Text: bnc@bass-associates.com Aug 17 2017 01:47:25      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12734906        E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:26      City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
13148751        E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:26      City of Philadelphia Law Department,
                 Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
12807923       +E-mail/Text: bnc@bass-associates.com Aug 17 2017 01:47:25      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, Az 85712-1083
12867794        E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:26
                 City of Philadelphia,    Law Department  Tax Unit,    One Parkway Building,
                 1515 Arch Street  15th Floor,    Philadelphia, PA 19102-1595
12814715        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2017 01:47:55
                 Commonwealth of Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                 Harrisburg, PA 17128-0946
12755449        E-mail/Text: mrdiscen@discover.com Aug 17 2017 01:47:26      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
12718884        E-mail/Text: mrdiscen@discover.com Aug 17 2017 01:47:26      Discover Bank,   DFS Services, Inc.,
                 P.O. Box 3025,    New Albany, OH 43054-3025
12718890        E-mail/Text: cio.bncmail@irs.gov Aug 17 2017 01:47:33      Internal Revenue Service,
                 Bankruptcy Division,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12743837       +E-mail/Text: bncmail@w-legal.com Aug 17 2017 01:48:05
                 KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12979064        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2017 01:49:18
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
12718892        E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:27      Philadelphia Law Department,
                 Bankruptcy Unit,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12751645       +E-mail/Text: equiles@philapark.org Aug 17 2017 01:48:35      Philadelphia Parking Authority,
                 3101 Market Street - 2nd floor,    Philadelphia, PA 19104-2806
12718894       +E-mail/Text: equiles@philapark.org Aug 17 2017 01:48:36      Philadelphia Parking Authority,
                 Office of Chief Counsel,    3101 Market Street,    2nd Floor, West Wing,
                 Philadelphia, PA 19104-2806
12833089        E-mail/Text: bankruptcy@td.com Aug 17 2017 01:47:58      TD Bank N.A.,   Attn: Robin Paradis,
                 P.O. Box 9547,    Portland, ME 04112-9547
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE            Bank of New York as trustee for CWALT 2007-OA2
cr              Bank of New York as trustee for CWALT 2007-OA2 c/o
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:    AmeriCredit Financial Services dba GM Financial,    P.O. Box 99605,
                 Arlington, TX 76096-9605)
cr*            +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*             ECast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
12718875*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:    AmeriCredit Financial Services, Inc.,    Credit Department,
                 P.O. Box 183853,    Arlington, TX 76096-3853)
12738536*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:    AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, Texas 76096)
12718891*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    Office of District Counsel,
                 701 Market Street, Suite 2200,    Philadelphia, PA 19106-1533)
12773130*       THE BANK OF NEW YORK - ETAL,    BANK OF AMERICA, N.A.,    P.O. BOX 660933,
                 DALLAS, TX 75266-0933
                                                                                   TOTALS: 2, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: ChrissyW             Page 3 of 3                   Date Rcvd: Aug 16, 2017
                              Form ID: 138NEW            Total Noticed: 55
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST2007-OA2 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-OA2 agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, By and Through
               its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              RONALD G. MCNEIL    on behalf of Debtor Granford L. Collins, Jr r.mcneil1@verizon.net
              RONALD G. MCNEIL    on behalf of Plaintiff Granford L. Collins, Jr r.mcneil1@verizon.net
              THOMAS I. PULEO    on behalf of    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE
               FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST2007-OA2 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-OA2 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Defendant    AmeriCredit Financial Services, Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Granford L. Collins, Jr

    Debtor(s)

Bankruptcy No: 12–13234–jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/16/17

156 – 155
Form 138_new