United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Granford L. Collins, Jr  
      Debtor

Case No. 12-13234-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Sep 26, 2017  
                        Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2017.  
db        Granford L. Collins, Jr,    7713 Delphi Place,    Philadelphia, PA 19153-1737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:  
      ANDREW F GORNALL    on behalf of    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST2007-OA2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2 agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      KRISTEN D. LITTLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, By and Through its Loan Servicing Agent, Select Portfolio Servicing, Inc. pabk@logs.com  
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov  
      RONALD G. MCNEIL    on behalf of Plaintiff Granford L. Collins, Jr r.mcneil1@verizon.net  
      RONALD G. MCNEIL    on behalf of Debtor Granford L. Collins, Jr r.mcneil1@verizon.net  
      THOMAS I. PULEO    on behalf of    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST2007-OA2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
      WILLIAM EDWARD CRAIG    on behalf of Defendant    AmeriCredit Financial Services, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
      TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                              : Chapter 13

Granford L. Collins, Jr                                                         : Case No. 12–13234–jkf
       Debtor(s)

## *ORDER*
_____

    AND NOW, this day , September 26, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

160
Form 195